**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2345**

SQUIRE MILTON MOSELEY, JR.,

                    Plaintiff - Appellant,

          v.

VETERANS RETRAINING ASSISTANCE PROGRAM; POST 9/11 GI BILL,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.    J. Frederick Motz, Senior District Judge.  (1:14-cv-02867-JFM)

Submitted:  March 17, 2015          Decided:  March 19, 2015

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Squire Milton Moseley, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Squire Milton Moseley, Jr., appeals the district court's order dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Moseley v. Veterans Retraining Assistance Program, No. 1:14-cv-02867-JFM (D. Md. Dec. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED